**USPS TRACKING #**

9590 9402 3530 7275 9856 62

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10



• Sender: Please print your name, address, and ZIP+4® in this box•

The O'Neal Firm, Inc.
700 12th St. N.W, Suite 700
Washington DC 20005

ER: **COMPLETE THIS SECTION** | **COMPLETE THIS SECTION ON DELIVERY**

plete items 1, 2, and 3.
your name and address on the reverse
at we can return the card to you.
h this card to the back of the mailpiece,
the front if space permits.

Addressed to:

m Rotwar ESQ
York + Company Inc
West 34th St. F17
w York NY 10001-
2404

590 9402 3530 7275 9856 62

Number *(Transfer from service label)*

3811, July 2015 PSN 7530-02-000-9053

A. Signature
X  Kein Brown
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
5/4/18

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt